

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2018

No. 04-18-00421-CV

Pedro **MARTINEZ**, Superintendent of San Antonio Independent School District, et al.,
Appellants

v.

**SAN ANTONIO ALLIANCE OF TEACHERS AND SUPPORT PERSONNEL**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-08318
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The appellant Democracy Prep Public School's motion for extension of time to file brief is hereby GRANTED. Time is extended to August 13, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court